UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 4:21-CV-10099-DPG

LAURA GOODMAN,

    Plaintiff,

vs.

MONROE COUNTY, a Political
Subdivision of the State of Florida,

    Defendant.

_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, LAURA GOODMAN and Defendant, MONROE COUNTY, and through their respective undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this entire action, with prejudice, each party to bear her/its own attorneys' fees and costs.

Respectfully submitted this November 7, 2022,

| | |
|---|---|
| */s/ Peter M. Hoogerwoerd* | By: *s/ Jonathan H. Railey* |
| Peter M. Hoogerwoerd, Esquire | CHRISTOPHER J. STEARNS, ESQ. |
| Florida Bar No: 0188239 | Florida Bar No.: 557870 |
| E-mail:  pmh@rgpattorneys.com | JONATHAN H. RAILEY, ESQ. |
| REMER & GEORGES-PIERRE, PLLC | Florida Bar No.: 111717 |
| Courthouse Tower | JOHNSON, ANSELMO, MURDOCH, |
| 44 West Flagler Street, Suite 2200 | BURKE, PIPER & HOCHMAN, PA |
| Miami, FL 33130 | 2455 E. Sunrise Blvd., Suite 1000 |
| Telephone:  (305) 416-5000 | Fort Lauderdale, FL 33304 |
| Facsimile:  (305) 416-5005 | stearns@jambg.com |
| *Attorneys for Plaintiff* | railey@jambg.com |
| | (954) 463-0100 (Phone) |
| | (954) 463-2444 (Fax) |
| | *Attorneys for Defendant* |